United States Bankruptcy Court
District of Maryland

In re:                                                                           Case No. 23-17710-LSS

Shannon N. Nash                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                          User: admin                                    Page 1 of 3
Date Rcvd: Jul 15, 2024                       Form ID: pdfall                          Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shannon N. Nash, 2425 Blueridge Ave. #315, Silver Spring, MD 20902-4567 |
| 32379003 | + | DC Department of Motor Vehicles, 955 L Enfant Plaza, SW, Promenade Level Suite P100, Washington, DC 20024-2119 |
| 32379004 | | DC Treasurer Dept of Motor Vehicles, PO Box 2014, Washington, DC 20013-2014 |
| 32379006 | + | Dionne Nash, 1221 Bradley Road, Severn, MD 21144-2786 |
| 32379014 | + | Inspirus, Attn: Bankruptcy Dept, Po Box 576, Seattle, WA 98111-0576 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32378992 | + | Email/Text: bankruptcy@rentacenter.com | Jul 15 2024 19:17:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 32378993 | + | Email/Text: bankruptcy@acimacredit.com | Jul 15 2024 19:17:00 | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 32378994 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 15 2024 19:26:35 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 32378997 | + | Email/Text: ecf@becu.org | Jul 15 2024 19:17:00 | BECU, 12770 Gateway Dr, Seattle, WA 98168-3344 |
| 32378996 | + | Email/Text: ecf@becu.org | Jul 15 2024 19:17:00 | BECU, Attn: Bankruptcy Department, Po Box 97050, Seattle, WA 98124-9750 |
| 32378995 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 15 2024 19:16:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 32378998 | + | Email/Text: ecf@becu.org | Jul 15 2024 19:17:00 | Boeing Employees C U, Po Box 97050, Seattle, WA 98124-9750 |
| 32379000 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jul 15 2024 19:16:00 | CarMax Auto Finance, Attn: Bankruptcy, Po Box 440609, Kennesaw, GA 30160 |
| 32379735 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 15 2024 19:16:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32378999 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2024 19:39:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 32409823 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 15 2024 19:26:21 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32379001 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 15 2024 19:17:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 32379002 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 15 2024 19:17:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 32379005 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 15 2024 19:17:00 | Dept Of Education/neln, Po Box 82561, Lincoln, |

| Recip ID | | Notice method | Time | Name and Address |
|---|---|---|---|---|
| | | | | NE 68501-2561 |
| 32379009 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 15 2024 19:16:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 32379011 | + | Email/Text: consumerbankruptcy@gesa.com | Jul 15 2024 19:17:00 | Gesa Credit Union, PO Box 500, Richland, WA 99352-0500 |
| 32379012 | + | Email/Text: consumerbankruptcy@gesa.com | Jul 15 2024 19:17:00 | Gesa Credit Union, Attn: Bankruptcy, Po Box 500, Richland, WA 99352-0500 |
| 32379013 | ^ | MEBN | Jul 15 2024 19:13:10 | GreenSky Credit, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |
| 32420899 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2024 19:26:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32379016 | + | Email/Text: Documentfiling@lciinc.com | Jul 15 2024 19:16:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 32379017 | + | Email/PDF: cbp@omf.com | Jul 15 2024 19:26:46 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 32379019 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 15 2024 19:17:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 32379734 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 15 2024 19:17:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32379736 | ^ | MEBN | Jul 15 2024 19:12:56 | Taxing Authority of Montgomery County, Division of Treasury, 255 Rockville Pike, Ste. L-15, Rockville, MD 20850-4188 |
| 32379020 | | Email/Text: bankruptcy@bbandt.com | Jul 15 2024 19:16:00 | Truist Bank, PO Box 580044, Charlotte, NC 28258-0044 |
| 32397444 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 15 2024 19:17:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S. 13TH STREET, LINCOLN NE 68508-1904 |
| 32379021 | + | Email/Text: EBankruptcy@UCFS.NET | Jul 15 2024 19:17:00 | United Consumer Financial Services, Attn: Bankruptcy, 865 Bassett Road, Westlake, OH 44145-1194 |
| 32379022 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 15 2024 19:26:46 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 32404199 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 15 2024 19:26:35 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32379007 | | Dominick Carter, INVALID ADDRESS PROVIDED |
| 32379008 | | Edc/arizona Elite Prop, INVALID ADDRESS PROVIDED |
| 32379010 | | Gesa Credit Un |
| 32379015 | | Inspirus Cu Fka Secuwa |
| 32379018 | | Rd/h/greysto, INVALID ADDRESS PROVIDED |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0416-0                         User: admin                              Page 3 of 3
Date Rcvd: Jul 15, 2024                      Form ID: pdfall                          Total Noticed: 34

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2024                           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Eric S. Steiner | info@steinerlawgroup.com  eric.steinerlawgroup.com@recap.email |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

TOTAL: 2

Entered: July 15th, 2024
Signed: July 15th, 2024

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (at Greenbelt/Baltimore)

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| **SHANNON N. NASH,** | : | Case No. **23-1-7710-LSS** |
| | : | Chapter 13 |
| Debtor(s). | : | |
| | : | |

## ORDER CONFIRMING PLAN

The plan under chapter 13 of the Bankruptcy Code having been transmitted to creditors and it have been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U.S.C. § 1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code it is hereby:

ORDERED, that the plan of the Debtor filed **APRIL 16, 2024** is hereby confirmed; and it is further

ORDERED, that the property of the estate shall not vest in the Debtor(s) until the Debtor(s) is/are granted a discharge or this case is dismissed or otherwise terminated; and it is further

ORDERED, that the Debtor(s) is/are directed to pay to the Trustee on or before the **25TH** day of each month, the sum of **$800.50** total for months **1** through **2,** and the sum of **$705.00** monthly for months **3** through **60**, for a total period of **60** months.

- 1 -

ORDERED, that the Debtor(s) is/are directed to provide to the Trustee a copy of each Federal income tax return, and any amendment, at the same time it is filed with the taxing authority while the case is pending; and it is further

ORDERED, that the Debtor(s) is/are directed to provide to the Trustee annually not later than 45 days before the anniversary date of this Order, a statement, under penalty of perjury, of (i) the income and expenditures of the debtor during the tax year most recently concluded before such anniversary date, and (ii) the monthly income of the debtor(s) that shows how income, expenditures, and monthly income are calculated; and which discloses (a) the amount and sources of the debtor(s)' income, (b) the identity of any person responsible with the debtor(s) for the support of any dependent, and (c) the identity of any person who contributed, and the amount contributed, to the household in which debtor(s) resides.

<u>TRUSTEE RECOMMENDATION</u>
The Chapter 13 Trustee represents
that the plan complies with the
provisions of 11 U.S.C. § 1325 and
recommends confirmation                              _____/s/ Timothy P. Branigan_____
                                                     Timothy P. Branigan
                                                     Chapter 13 Trustee

cc:    All Creditors
       Debtor(s)
       Debtor(s)' Counsel
       Chapter 13 Trustee

**END OF ORDER**

- 2 -